UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| William Sabarese, | Civil Case No: 12-cv-01600 ADM/AJB |
| Plaintiff | |
| v. | ORDER OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(2) |
| Novus Energy, L.L.C., Novus- North Dakota, L.L.C. and Novus-Buffalo Minnesota, L.L.C. | |
| Defendants | |

---

As the Plaintiff has requested issuance of a court order voluntarily dismissing the above action pursuant to Rule 41(a)(2), F.R.C.P., due to lack of diversity jurisdiction and as the Court has determined the request should be granted,

The Court hereby orders that the above-captioned action is voluntarily dismissed pursuant to Rule 41(a)(2).

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated:   October 9, 2012                          s/Ann D. Montgomery
                                                  _____
                                                  Judge Ann D. Montgomery