AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

William Sabarese,

V.

Novus Energy, L.L.C., Novus-North Dakota, L.L.C. and Novus-Buffalo Minnesota, L.L.C.,

**JUDGMENT IN A CIVIL CASE**

Case Number: 12-1600 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court hereby orders that the above-captioned action is voluntarily dismissed pursuant to Rule 41(a)(2).

| 10/10/12 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Rena L. Riemer |
| | (By)    Rena Lexvold Riemer,    Deputy Clerk |

C:\Users\Riemer\Desktop\Documents\Blank Judgment Form.wpd                                    Form Modified: 09/16/04